# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID AUGUST KILLE,

    Petitioner,

vs.

JAMES GREG COX, et al.,

    Respondents.

Case No. 2:15-cv-00062-JCM-GWF

**ORDER**

    Respondents having submitted a motion for extension of time (first request) (#7), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion for extension of time (first request) (#7) is **GRANTED**. Respondents shall have through August 26, 2015, to file and serve an answer or other response to the petition.

    DATED:  July 31, 2015.

                                                    _____
                                                    JAMES C. MAHAN
                                                    United States District Judge