# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID AUGUST KILLE,

    Petitioner,

vs.

JAMES GREG COX, et al.,

    Respondents.

Case No. 2:15-cv-00062-JCM-GWF

**ORDER**

    Respondents having submitted a motion for extension of time (first request) (#14), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion for extension of time (first request) (#14) is **GRANTED**.  Respondents shall have through October 26, 2015, to file and serve a reply to petitioner's response to the motion to dismiss (#10).

    DATED:   October 21, 2015.

                                              _____
                                              JAMES C. MAHAN
                                              United States District Judge